**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

SUE BURLAGE
(513) 564-7012
www.ca6.uscourts.gov

Filed: January 28, 2005

David J. Weaver
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI  48226

RE: 03-2148
    Boladian, et al vs. UMG Recording, et al
    District Court No. 03-70514

F I L E D
FEB - 8 2005
CLERK'S OFFICE
DETROIT

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Sue Burlage
Sue Burlage
Case Manager

cc: Mr. Richard S. Busch
    Mr. Daniel D. Quick
    Mr. Marc A. Becker

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-2148

Filed: January 28, 2005

ARMEN BOLADIAN,
BRIDGEPORT MUSIC, INC.,
NINE RECORDS, INC., and
WESTBOUND RECORDS, INC.

    Plaintiffs - Appellants

v.

UMG RECORDINGS, INC,
UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION CORPORATION, MEIJER, INCORPORATED,
WARREN GRIFFIN, III p/k/a WARREN G., individually
and d/b/a MY KIDS MUSIC

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 1/3/05 the mandate for this case hereby issues today.

A True Copy.

COSTS: **NONE**

Filing Fee ...........$
Printing ............$

    Total .........$

Attest:

*Sue Burlage*
Deputy Clerk